UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS PENSION TRUST FUND, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-11-243 |
| | § | |
| RICHARD V RODRIGUEZ, *et al*, | § § § | |
| Defendants. | § | |

## OPINION AND ORDER

Pending before the Court is the Rosenblatt Law Firm's unopposed motion to withdraw as attorney of record for Defendant Richard V. Rodriguez, sued individually and doing business as Richard's Rebar Placing, Inc. Doc. 15. The Rosenblatt Law Firm states that Defendants have not obtained another attorney. *Id.* at 2. In federal court a corporation cannot proceed *pro se* but must be represented by counsel. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 and n.4 (5th Cir. 2004).

Therefore, the Court hereby

**ORDERS** the Rosenblatt Law Firm's motion to withdraw as counsel is **GRANTED**. Further, the Court

**ORDERS** that Richard Rodriguez may proceed *pro se* in his individual capacity but must obtain counsel to represent the corporate defendant, Richard's Rebar Placing, Inc., and counsel must file an appearance within 30 days or the corporation's pleadings will be stricken from the record and Plaintiffs may file a motion for default judgment against it.

SIGNED at Houston, Texas, this 1st day of February, 2012.

                                                MELINDA HARMON
                                     UNITED STATES DISTRICT JUDGE